KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER        21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
EDGAR ORELLANA,                          DOCKET NO:
                                         07 CV 05398
               Plaintiff,

  -against-

100 CHURCH, LLC, ALAN KASMAN DBA          NOTICE OF
KASCO, AMBIENT GROUP, INC., ANN TAYLOR    APPEARANCE
TAYLOR STORES CORPORATION, BATTERY
PARK CITY AUTHORITY, BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC., d/b/a BMS
CAT, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES,
L.C., BROOKFIELD PARTNERS, L.P., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., CUNNINGHAM DUCT
CLEANING CO., INC., ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC INDOOR
AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASKO RESTORATION SERVICES
CO., LAW ENGINEERING, P.C., MERILL LYNCH
& CO., INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
RELATED BPC ASSOCIATES, INC., RELATED
MANAGEMENT CO., L.P., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,

TOSCORP, INC., TRC ENGINEERS, INC.,
VERIZON NEW YORK, INC., WESTON SOLUTIONS, INC.,
WFP TOWER B CO., G.P.,  CORP., WFP TOWER B
HOLDING CO., L.P., WFP TOWER B  CO., LP., WFP
TOWER D CO., G.P., CORP., WFP TOWER D
HOLDING CO., I L.P., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER
HOLDING CO., I G.P.,. CORP., WFPT TOWER D
CO., L.P., and ZAR REALTY MANAGEMENT
CORP., et al.

         **Defendants.**
...................................................................................x

To the Clerk of this Court and all parties of record:

 Enter my appearance as counsel in this case for:

      **CUNNINGHAM DUCT WORK s/h/i/a**
      **CUNNINGHAM DUCT CLEANING CO., INC.**

 I certify that I am admitted to practice in this Court.

Dated: New York, New York
   January 10, 2008

                <u>Kevin G. Horbatiuk</u>
                Kevin G. Horbatiuk (KGH4977)
                Attorneys for Defendant
                **CUNNINGHAM DUCT WORK s/h/i/a**
                **CUNNINGHAM DUCT CLEANING CO., INC.**
                RUSSO, KEANE & TONER, LLP
                26 Broadway-28th Floor
                New York, New York 10004
                (212) 482-0001
                RKT File No. 824.078

TO: CHRISTOPHER R. LaPOLA, ESQ.,
   WORBY GRONER EDELMAN & NAPOLI BERN, LLP
   Attorney for Plaintiff
   **EDGAR ORELLANA**
   115 Broadway - 12th Floor
   New York, New York 10006
   (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 10th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**EDGAR ORELLANA**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
KEVIN G. HORBATIUK