UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER  :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :

-----------------------------------------------------------------X

EDGAR ORELLANA,  :  07-CV-05398-AKH

                Plaintiff,

                                                   **APPEARANCE**

  - against -

                                                   **ELECTRONICALLY FILED**

100 CHURCH, LLC, *et al.*,

                Defendants.

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York           DICKSTEIN SHAPIRO LLP
          January 18, 2008

                                    By:    /s/ Judith R. Cohen
                                              _____
                                              Judith R. Cohen (JC-8614)
                                              1177 Avenue of the Americas
                                              New York, New York 10036
                                              Phone: (212) 277-6500
                                              Fax: (212) 277-6501

                                              *Attorney for Defendant*
                                              MERRILL LYNCH & CO., INC.