UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
EDGAR ORELLANA

                              Plaintiff,          Index No.: 07 cv 05398

      -against-
                                                                 **NOTICE OF**
RELATED BPC ASSOCIATES, INC.,           **APPEARANCE**
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P., and        **ELECTRONICALLY**
THE RELATED REALTY GROUP, INC.          **FILED**
                              Defendants.
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., and THE RELATED REALTY GROUP, INC.**

I certify that I am admitted to practice in this court.


Dated:      New York, New York
               January 23, 2008


                                                   LONDON FISCHER LLP

                                  By:   _____
                                          Gillian Hines Kost (GK-2880)
                                          59 Maiden Lane
                                          New York, New York 10038
                                          Phone: (212) 972-1000
                                          Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P., and
THE RELATED REALTY GROUP, INC.**

K: VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance